IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTONIO WRIGHT
ADC # 148629                                                                                                    PETITIONER

v.                             Case No. 5:13-cv-210 KGB-JTR

RAY HOBBS,
**Director, Arkansas Department
of Correction**                                                                                                RESPONDENT

## ORDER

The Court has received the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 12) and the objections filed by petitioner Antonio Wright (Dkt. No. 15).  After carefully considering the Proposed Findings and Recommended Disposition and Mr. Wright's objections, as well as making a *de novo* review of the record, the Court approves and adopts in their entirety the Proposed Findings and Recommended Disposition as this Court's findings in all respects.  Therefore, the Court denies Mr. Wright's petition for a writ of *habeas corpus* and dismisses with prejudice this case.  The Court denies a certificate of appealability pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

SO ORDERED this 18th day of May, 2015.

_____
Kristine G. Baker
United States District Judge