IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTONIO WRIGHT**
**ADC # 148629**                                                                                          **PETITIONER**

**v.**                          **Case No. 5:13-cv-210 KGB-JTR**

**RAY HOBBS,**
**Director, Arkansas Department**
**of Correction**                                                                                        **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered in this matter on this date, the court dismisses with prejudice this case. The Court denies a certificate of appealability pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

SO ADJUDGED this 18th day of May, 2015.

_____
Kristine G. Baker
United States District Judge